**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-544-RLH (VCF) |
| ) | |
| JYOTHI PANIKKAR, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on November 19, 2010, that JYOTHI PANIKKAR shall pay a criminal forfeiture money judgment of $349,942.85 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #6, #8, #9.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JYOTHI PANIKKAR a criminal forfeiture money judgment in the amount of $349,942.85 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this ____6th____ day of ____January____, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing Order of Forfeiture on January 5, 2012, by the below identified method of service:

CM/ECF:

Peter S. Christiansen
Christiansen Law Office
9910 W. Cheyenne Avenue, Suite 110
Las Vegas, NV 89129
Counsel for Defendant Jyothi Panikkar


/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal